A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on Sep 17, 2009
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Sep 01, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: GENETICALLY MODIFIED RICE LITIGATION              MDL No. 1811

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-33)**

On December 19, 2006, the Panel transferred 11 civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 466 F.Supp.2d 1351 (J.P.M.L. 2006). Since that time, 273 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Catherine D. Perry.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Perry.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of December 19, 2006, and, with the consent of that court, assigned to the Honorable Catherine D. Perry.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 17, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 4:08-md-01811-CDP Document 584 Filed 09/22/09 Page 2 of 5
Case 5:09-cv-00266-BRW Document 4 Filed 09/22/2009 Page 2 of 6

Page 1 of 2

**IN RE: GENETICALLY MODIFIED RICE LITIGATION**    MDL No. 1811

### SCHEDULE CTO-33 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 1 | 09-36 | Mickey Doyle, et al. v. Bayer CropScience, LP, et al. |
| ARE | 2 | 09-109 | Clinton McGraw, et al. v. Bayer CropScience, LP, et al. |
| ARE | 2 | 09-110 | B.J. Hopson, Sr., et al v. Bayer CropScience, LP, et al. |
| ARE | 2 | 09-111 | Henry Kelly v. Bayer CropScience, LP, et al. |
| ARE | 2 | 09-116 | Kirk Brann, et al. v. Bayer CropScience, LP, et al. |
| ARE | 2 | 09-118 | Stanley Bosnick v. Bayer CropScience, LP |
| ARE | 2 | 09-119 | Eloise Bosnick Family Trust v. Bayer CropScience, LP |
| ARE | 2 | 09-120 | Lanny Bosnick & Sons Partnership v. Bayer CropScience, LP |
| ARE | 2 | 09-121 | Bosnick Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-126 | Dean Davis, et al. v. Bayer CropScience, LP, et al. |
| ARE | 3 | 09-127 | Jay Reiman, et al. v. Bayer CropScience, LP, et al. |
| ARE | 3 | 09-128 | Darrell Brady, et al. v. Bayer CropScience, LP, et al. |
| ARE | 3 | 09-129 | Steve Davis, et al. v. Bayer CropScience, LP, et al. |
| ARE | 3 | 09-130 | Emit Ray Stone, Jr., et al. v. Bayer CropScience, LP, et al. |
| ARE | 3 | 09-131 | Anna Claire Farms, Inc., et al. v. Bayer AG, et al. |
| ARE | 3 | 09-132 | Bullard Farms, Inc., et al. v. Bayer AG, et al. |
| ARE | 3 | 09-134 | Louiese Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-135 | Ninety-Six Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-136 | South Bayou Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-137 | Tool Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-138 | BC&MC Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-139 | Blue Lake Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-140 | Bosnick Family Trust v. Bayer CropScience, LP |
| ARE | 3 | 09-141 | Long Grain Farms, Inc. v. Bayer CropScience, LP |
| ARE | 3 | 09-142 | Long Rows, Inc. v. Bayer CropScience, LP |
| ARE | 4 | 09-677 | Lane Oliver, et al. v. Bayer CropScience, LP, et al. |
| ARE | 4 | 09-678 | Ronald Bauman, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-230 | Jason Smith, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-231 | Rick Siems, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-232 | Jackie R. Banks, Jr. et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-234 | Jay B. Coker, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-235 | Stephen S. Hoskyn, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-237 | Fred Gary Wilkes, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-239 | Billy M. Long, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-240 | Greg Hackney, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-241 | James M. Craig, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-242 | Wade Richter, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-243 | Wendell Stratton, et al. v. Bayer CropScience, LP, et al. |
| ARE | 5 | 09-244 | Kenneth Maier, Sr., et al. v. Bayer CropScience, LP, et al. |

Case 4:08-md-01811-CDP Document 584 Filed 09/22/2009 Page 3 of 6
Case 5:09-cv-00266-BRW Document 34 Filed 09/22/2009 Page 3 of 6

Page 2 of 2

**MDL No. 1811 - Schedule CTO-33 Tag-Along Actions (Continued)**

**DIST. DIV. C.A. #**          **CASE CAPTION**

ARKANSAS EASTERN
  ARE 5 09-245          Brad Haynes, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-246          James Noble, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-247          Curtis Simpson, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-248          Curt Moore, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-249          John Worring, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-250          Jon L. Baker, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-251          Brandon Rodgers, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-252          Ronny E. Dean, Sr., et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-253          Roy McCollum, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-254          Walter E. Daniel, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-255          Greg Kerksieck, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-256          Brooks Davis, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-257          John Ross, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-258          Hargrove Farms, Inc., et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-259          Gary Stone, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-260          Robert H. Dilday, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-261          Brent Clawitter, et al. v. Bayer CropScience, LP, et al.
  ARE 5 09-262          Talka Corp. v. Bayer CropScience, LP
  ARE 5 09-263          Stanley Welty v. Bayer CropScience, LP
  ARE 5 09-264          W.N. Gillison Revocable Trust v. Bayer CropScience, LP
  ARE 5 09-265          Dave Black, et al. v. Bayer CropScience, LP
  ARE 5 09-266          C.A. Clowers Family Co., Inc. v. Bayer CropScience, LP
  ARE 5 09-267          A&K Farms, Inc. v. Bayer CropScience, LP